# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00687-CV

**In re Tramor Properties, Inc.; MT-Quest, LP; MT-Oak Run, LP; TPI 94-2, LP d/b/a Creek Village Apartments; TPI-94-3, LP d/b/a Four Park Place Apartments; TPI-95-1, LP d/b/a Oak Bend Apartment Homes; TPI Arboretum, LP; TPI Cannon Place, LP; TPI Channing's Mark, LP d/b/a Tramor at the Oaks; TPI County Place, LP; TPI Hills, LP; TPI Properties, LP d/b/a Hunger's Glen Apartments; TPI Villas, LP, TPI Summerset, LP; TPI-Sunchase, LP; and TPI Westwind, LP**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Thomas Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Filed: November 18, 2022